UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00009-RJC

| | |
|---|---|
| **BILLY GENE BULLOCK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **CAROLYN W. COLVIN, Acting** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** comes before the Court upon pro se Plaintiff's Motion for Reconsideration. (Doc. No. 19). Defendant has not filed a response to Plaintiff's Motion, and the time for doing so has expired.

The Court entered an Order on January 5, 2016, directing Plaintiff to file his Motion for Summary Judgment by March 7, 2016, and warning him that his failure to properly prosecute this case may result in the case being dismissed with prejudice. (Doc. No. 16). After Plaintiff failed to file his Motion for Summary Judgment, the Court dismissed Plaintiff's Complaint for failure to prosecute on March 16, 2016. (Doc. No. 17). Two days later, on March 18, 2016, Plaintiff filed his Motion for Reconsideration requesting that his case reopened. (Doc. No. 19). Plaintiff asserts that he did not receive the Court's January 5, 2016 Order; therefore, he alleges that he did not know he needed to file a motion for summary judgment.

The Court finds good cause to grant Plaintiff's Motion. Plaintiff is warned, however, that any further failure to properly prosecute this case going forward, including but not limited to failing to file a <u>timely</u> motion for summary judgment, <u>will</u> result in the case being dismissed with

prejudice and without further notice.  Plaintiff shall have **fourteen (14) days** to file his Motion for Summary Judgment.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Reconsideration, (Doc. No. 19), is **GRANTED**.  The Clerk of Court is directed to reopen this case and amend the Scheduling Order as follows.  Plaintiff's Motion for Summary Judgment and supporting memorandum is due **fourteen (14) days** from the entry of this Order, and Defendant's Motion for Summary Judgment and supporting memorandum is due **thirty (30) days** after Plaintiff files his Motion for Summary Judgment.  Plaintiff shall be permitted one response to Defendant's Motion for Summary Judgment, which shall be filed **fourteen (14) days** after the filing of Defendant's Motion.

Signed: April 11, 2016

Robert J. Conrad, Jr.
United States District Judge